IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PATRICIA A. DEMASI

      Plaintiff(s)

vs.                                    Civil Action No.  JFM-11-109

COUNTY WIDE HOME LOANS, ET AL.

      Defendant(s)

******

## MEMORANDUM

In this action plaintiff alleges precisely the same claims that she and her husband have asserted in two prior actions. Defendants have moved to dismiss on the grounds of *res judicata*. In light of the fact that defendant's position is clearly meritorious, plaintiff's action will be dismissed.

Defendants also seek an order enjoining plaintiff from filing any further action against defendants arising from the allegations contained in the complaint in this action and in the prior actions. I will decline to enter such an order but caution plaintiff and her husband that the filing of any further actions based upon the same allegations may result in the imposition of sanctions.

Date: April 18, 2011                /s/
                                              J. Frederick Motz
                                              United States District Judge